IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-00774-LTB-CBS

RE/MAX INTERNATIONAL, INC.,

    Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Protective Order [filed July 16, 2008 ; doc. 14] is *granted*. The Protective Order is signed and shall be filed on this date.

**DATED:** July 17, 2008