**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00774-LTB-CBS

RE/MAX INTERNATIONAL, INC.,

 Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC.,

 Defendant.

___

**NOTICE**
___

 Please take notice that the undersigned has retained the services of Connie Smith of the firm Rothgerber Johnson & Lyons LLP for estate planning purposes. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

            BY THE COURT:

             s/Lewis T. Babcock
             Lewis T. Babcock, Judge

DATED: October 1, 2008