IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-00774-LTB-CBS

RE/MAX INTERNATIONAL, INC.,

    Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Scheduling Order (*doc. # 24*) is GRANTED. The amended scheduling order (*doc. # 13*) is modified as follows:

1. FED.R.CIV.P. 26(a)(2) affirmative expert disclosures deadline is extended to on or before **December 14, 2008**;

2. FED.R.CIV.P. 26(a)(2) rebuttal expert disclosures deadline is extended to on or before **January 13, 2009**;

3. Discovery deadline is extended to on or before **February 10, 2009**; and

4. Dispositive motion deadline is extended to on or before **March 13, 2009**.

**DATED:**    October 15, 2008