# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00774-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: February 27, 2009 | Courtroom Deputy: Cathy Coomes |

RE/MAX INTERNATIONAL, INC.,            Stephanie Ann Ries

    Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC.,       Kristin M. Bronson
                                                                   Nicole Gorham

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in Session:** 3:36 p.m.

Court calls case. Appearances of counsel. Also present: William Kirven.

The Court states that Plaintiff's Motion to Strike Defendant's Expert Disclosures should actually be titled Plaintiff's Motion to Strike Defendant's Expert Report.

Argument and discussion regarding Plaintiff's Motion to Strike Defendant's Expert Disclosures (Doc. #40, filed 1/5/09).

**ORDERED:** For reasons stated on the record, Plaintiff's Motion to Strike Defendant's Expert Disclosures (Doc. #40, filed 1/5/09) is DENIED without prejudice.

Discussion regarding a discovery dispute. Ms. Ries provides the Court with a copy of the document at issue.

**ORDERED:** For reasons stated on the record, the Court will not require Plaintiff to disclose the documents pertaining to Larry Wall. However, the Court will allow the deposition of Mr. Walls to be reopened.

**Court in recess:**     4:38 p.m.     HEARING CONCLUDED
Total time in court:    01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.