IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00774-LTB-CBS

RE/MAX INTERNATIONAL, INC.,

        Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC., a Delaware corporation,

        Defendant.
_____

### ORDER
_____

For the reasons set forth on the record at the trial preparation conference held on October 2, 2009, IT IS HEREBY ORDERED that a further trial preparation conference is set for **October 6, 2009 at 9:00 a.m.**

Dated: October 2, 2009 in Denver, Colorado.

                                        BY THE COURT:

                                           s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE