IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00774-LTB-CBS

RE/MAX INTERNATIONAL, INC.,

          Plaintiff,

v.

FIRST AMERICAN RESIDENTIAL GROUP, INC., a Delaware corporation,

          Defendant.

___

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

___

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice ("Stipulation"), and the Court, having reviewed the Stipulation and being fully apprised thereof;

IT IS HEREBY ORDERED that the Stipulation is granted.  The above action is dismissed with prejudice, with each party to pay its own costs and legal fees.

Dated: October   27  , 2009 in Denver, Colorado.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    LEWIS T. BABCOCK, JUDGE